# EXHIBIT 1



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jul 14 03:21:45 EDT 2016*

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | BIGMOUTH INC |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Barware, namely, glassware, ceramic shot glasses; coffee mugs; wine glasses; portable beverage coolers; drink coolers, namely, insulating sleeve holders for beverages; salt and pepper shakers; beverage glassware; bottle openers; garden statues, namely, statues of ceramic; novelty beverage holders; novelty bottle openers; novelty piggy banks; novelty bath sponges; novelty can diversion containers for household use<br><br>IC 028. US 022 023 038 050. G & S: Toys, namely, fake spills, battery operated sound makers, dashboard figures, water squirting balls, fake dog poop, flying discs, toilet and bath toy games in the nature of bath toys, piano mats in the nature of toy pianos, toilet fishing games, golf games, rubber sound makers, novelty parking tickets, punching mitts, punching fists; novelty Christmas decorations; swimming aids, namely, pool floats, namely, swimming floats; inflatable pool floats, namely, swimming floats; inflatable toys; toy masks; costume masks; carnival toys, namely, inflatable toys and pool floats, namely, swimming floats; magic tricks; novelties, namely, novelty golf balls, novelty dice |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.16 - Faces, smiley; Smiley faces<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 86479888 |
| **Filing Date** | December 14, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 16, 2016 |
| **Owner** | (APPLICANT) BIGMOUTH, INC. CORPORATION CONNECTICUT 655 Winding Brook Drive, Suite 205 Glastonbury |

CONNECTICUT 06033

| | |
|---|---|
| **Attorney of Record** | Robert L. Epstein |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INC" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a circular smiley face with a rectangle covering the eyes having the word "BIGMOUTH" written across it, the letters "INC" where the nose would be, and a visible tongue. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY |